UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                                   Case No. 23-30451
                                                 Originating No. 1:22-mj-00299

**BENJAMIN ADU ACHEAMPONG,**

      Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **BENJAMIN ADU ACHEAMPONG,** to answer to charges pending in another federal district, and states:

1. On **November 13, 2023** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of Ohio based on a Complaint. Defendant is charged in that district with violation of 18 U.S.C. §1349- Conspiracy to Commit Mail and Wire Fraud.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    DAWN N. ISON
    United States Attorney


    s/Alyse Wu
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    Alyse.Wu@usdoj.gov
    (313) 226-9589

Dated: November 13, 2023